UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAHMAN J. ARSHAD,                                :

        Plaintiff,                                :        ORDER

        -against-                                 :        07 Civ. 6336 (JSR)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF  :
SOCIAL SECURITY,
                                                            :
        Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

1.    on or before September 26, 2008, any motion for judgment on the pleadings shall be served and filed;

2.    the response to any motion for judgment on the pleadings shall be served and filed on or before October 14, 2008; and

3.    any reply shall be served and filed on or before October 30, 2008.

Dated: New York, New York           SO ORDERED:
       August 25, 2008

                                              _____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

James M. Baker, Esq.
Leslie A. Ramirez-Fisher, Esq.